UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JUAN PENA,

                    Plaintiff,

     -against-                                        19 **CIVIL** 7336 (NSR)

                                                          **JUDGMENT**

ROBERT MORTON, JR. and OLAYEMI
ODENIYI,

                   Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 4, 2022, the Defendants' motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        March 4, 2022

                                                           RUBY J. KRAJICK

                                                            **Clerk of Court**

                            BY:

                                                           **Deputy Clerk**